**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MYRON CANTRELL JONES, | * | |
| (AIS: #237921) | * | |
|   Petitioner, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 13-00012-WS-B |
| | * | |
| GARY HETZEL, | * | |
| | * | |
|   Respondent. | * | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Jones' habeas petition be **DISMISSED** as barred by the statute of limitations and that he is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 27th day of June, 2014.

                                                s/WILLIAM H. STEELE
                                                **CHIEF UNITED STATES DISTRICT JUDGE**