# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MYRON CANTRELL JONES, | * | |
| Petitioner, | * | |
| vs. | * | CIVIL ACTION NO. 13-00012-WS-B |
| GARY HETZEL, | * | |
| Respondent. | * | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED** with prejudice and that judgment be entered in favor of Respondent Gary Hetzel and against Petitioner Myron Cantrell Jones.

**DONE** this 16th of October, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE